# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHAQUILLE ANTHONY BRANCH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| vs. | ) | |
| | ) | 1:23-cv-02821-AT-JCF |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that, on October 12, 2023, I caused a true and correct copy of Plaintiff's Initial Disclosures to be served via e-mail, upon the following individuals:

> William J. Repko, III
> ALSTON & BIRD LLP
> 1201 Peachtree St.
> Atlanta, GA 30309
> Tel: 404-881-7683
> Jay.repko@alston.com
>
> *Attorneys for Defendant*
> *LexisNexis Risk Solutions, Inc.*

**WEINER & SAND LLC**

BY:  /s/ Jeffrey Sand
       JEFFREY SAND, ESQUIRE
       800 Battery Avenue SE
       Suite 100
       Atlanta, GA 30339
       404-205-5029
       js@wsjustice.com

*Attorneys for Plaintiff*

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY:  /s/ Geoffrey H. Baskerville
       GEOFFREY H. BASKERVILLE
       (admitted *pro hac vice*)
       1600 Market Street, Suite 2510
       Philadelphia, PA 19103
       215-735-8600
       gbaskerville@consumerlawfirm.com

*Attorney for Plaintiff*

DATE:      October 12, 2023